```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 12485
   LETICIA HERRERA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-5197

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 07/13/2007 and was confirmed 09/24/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 03/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG         .00            .00           .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE     2826.72            .00       2826.72
LASALLE BANK NATIONAL     NOTICE ONLY    NOT FILED             .00           .00
PHILIP A IGOE             DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                         193.28
DEBTOR REFUND             REFUND                                        1,400.00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                4,420.00

PRIORITY                                       .00
SECURED                                   2,826.72
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                        193.28
DEBTOR REFUND                             1,400.00
                      ---------------    ---------------
TOTALS                  4,420.00             4,420.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 06/26/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```